ISABEL C. BALBOA, ICB-4082
ISABEL C. BALBOA, STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002
(856) 663-5002
CHAPTER 13 STANDING TRUSTEE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

DEBTOR: MICHAEL K. LANZILOTTA
CASE NUMBER: 15-18569 JNP

NOTICE OF RESERVE ON CLAIM

CREDITOR: E*TRADE BANK
TRUSTEE CLAIM #: 14
COURT CLAIM #: 8

Please be advised that a reserve has been placed on the above named claim for the following reason:

\_\_\_\_\_  Disbursement checks have been returned as undeliverable. A change of address must be filed with the Court.

\_\_\_\_\_  The creditor cannot locate an account for the debtor under the account number provided. The correct account number must be provided in writing.

\_\_\_\_\_  The creditor is not cashing checks issued by the Trustee. Payments will not resume until a written request is sent by the creditor to the Trustee.

\_\_\_\_\_  The debt has been transferred and the transfer/assignment has not been filed with the Court.

\_\_\_\_\_  Disbursement checks have been returned with notice that stay relief was granted, but there is no filed Order granting stay relief on the Court Docket.

\_\_\_\_\_  The creditor refuses to accept partial payments. Issue must be resolved by debtor's attorney or Pro Se debtor, and Trustee must be notified in writing of resolution.

\_\_\_\_\_  The creditor has failed to file a Proof of Claim.

**\_\_X\_\_\_ THE CREDITOR HAS RECEIVED STAY RELIEF, AS PER ORDER ENTERED APRIL 3, 2018.**

\_\_\_\_\_   Other:

Unless we receive the information needed or the necessary documents are filed with the Court, we will continue to reserve the funds. The funds will be sent to the United States Bankruptcy Court if the documents have not been filed or received by the Trustee's Office at the conclusion of the case.

Request for additional information should be directed to: Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38, Suite 580, Cherry Hill, NJ 08002.


Dated: JUNE 4, 2018                                          */s/ Isabel C. Balboa*
                                                             Chapter 13 Standing Trustee

Copy to:

E*TRADE BANK
SPECIALZIED LOAN SERVICING, LLC
P.O. BOX 636007
LITTLETON, CO 80163

KML LAW GROUP, PC
216 WHADDON AVENUE
SUITE 406
WESTMONT, NJ 08108

ANDREW B. FINBERG, ESQUIRE
LAW OFFICES OF ANDREW B. FINBERG, LLC
525 ROUTE 73 SOUTH
SUITE 200
MARLTON, NJ 08053

MICHAEL K. LANZILOTTA
37 WOODYFIELD LANE
DELRAN, NJ 08075