Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 15-18569 (JNP)**

Michael K. Lanzilotta  
37 Woodyfield Lane  
Delran, NJ 08075

Monthly Payment: $1,081.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2018 | $1,140.00 | 01/31/2018 | $1,140.00 | 03/05/2018 | $1,140.00 | 04/02/2018 | $1,140.00 |
| 05/02/2018 | $1,140.00 | 06/05/2018 | $1,140.00 | 07/03/2018 | $1,140.00 | 08/03/2018 | $1,140.00 |
| 09/04/2018 | $1,140.00 | 10/02/2018 | $1,140.00 | 11/05/2018 | $1,140.00 | 12/04/2018 | $1,140.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MICHAEL K. LANZILOTTA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW B. FINBERG, ESQUIRE | 13 | $2,810.00 | $2,810.00 | $0.00 | $0.00 |
| 0 | ANDREW B. FINBERG, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | AMERICAN EDUCATION SERVICES | 33 | $1,329.37 | $0.00 | $1,329.37 | $0.00 |
| 2 | AFFORDABLE MANAGEMENT & CONSULTING, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $2,815.94 | $0.00 | $2,815.94 | $0.00 |
| 4 | CHASE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK, N.A. | 33 | $4,763.71 | $0.00 | $4,763.71 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 33 | $3,596.13 | $0.00 | $3,596.13 | $0.00 |
| 7 | LAURA A. LANZILOTTA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | UNITED STUDENT AID FUNDS, INC. | 33 | $173,600.17 | $0.00 | $173,600.17 | $0.00 |
| 9 | NISSAN MOTOR ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | NISSAN MOTOR ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | REGIONS BANK | 33 | $42,135.47 | $0.00 | $42,135.47 | $0.00 |
| 12 | REGIONS BANK | 33 | $42,135.47 | $0.00 | $42,135.47 | $0.00 |
| 13 | CITIBANK, N.A. | 33 | $6,509.56 | $0.00 | $6,509.56 | $0.00 |
| 14 | E*TRADE BANK | 24 | $32,999.23 | $22,311.21 | $10,688.02 | $6,306.48 |
| 15 | TD BANK, N.A. | 33 | $2,449.31 | $0.00 | $2,449.31 | $0.00 |
| 16 | WELLS FARGO BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | WELLS FARGO BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ANDREW B. FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | DEPARTMENT OF THE TREASURY | 28 | $16,458.99 | $0.00 | $16,458.99 | $0.00 |
| 20 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 06/01/2015 | 17.00 | $0.00 |
| 11/01/2016 | Paid to Date | $9,391.00 |
| 12/01/2016 | 41.00 | $1,081.00 |
| 05/01/2020 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $13,680.00 |
| Total paid to creditors this period: | $6,306.48 |
| Undistributed Funds on Hand: | $11,539.08 |
| Arrearages: | ($1,593.00) |
| Attorney: | ANDREW B. FINBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**