Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–18569–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael K. Lanzilotta
   37 Woodyfield Lane
   Delran, NJ 08075

Social Security No.:
   xxx–xx–0956

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on December 17, 2015.

On May 1, 2020, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:         June 3, 2020
Time:        10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 4, 2020
JAN: jpl

                                                 Jeanne Naughton
                                                 Clerk

```
                               United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                      Case No. 15-18569-JNP
Michael K. Lanzilotta                                                       Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: May 04, 2020
                               Form ID: 185                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2020.
db             +Michael K. Lanzilotta,    37 Woodyfield Lane,   Delran, NJ 08075-1845
515497307       AES/US Bank,    P.O. Box 61047,   Harrisburg, PA 17106-1047
515573553      ++ASCENDIUM EDUCATION SOLUTIONS   INC,   PO BOX 8961,   MADISON WI 53708-8961
               (address filed with court:   Navient Solutions Inc. on behalf of USAF,
                 Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430)
515546043      +Acapita Education Finance Corporation,    Brazos Higher Education Service Corp.,
                 2600 Washington Ave,   Waco, TX 76710-7449
515497308      +Affordable Management & Consulting, Inc.,    c/o Francine Clair Landau, Esquire,
                 3740 Beach Blvd.,   Suite 307-B,   Jacksonville, FL 32207-3819
515497309      +American Express,    PO Box 981537,   El Paso, TX 79998-1537
515692700       American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
516949596      +CitiBank, NA c/o Firstmark Services,    PO Box 82522,   Lincoln, NE 68501-2522
515510147      +Citibank N.A.,    c/o Citibank (South Dakota), N.A.,   ATTN: Claims Dept. MC 2235,
                 701 E 60th Street North,   Sioux Falls, SD 57104-0432
515497311      +Citibank NA/Student Loan,    701 E. 60th Street N,   Sioux Falls, SD 57104-0493
515650282      +ETrade Bank,    c/o Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
515497313      +Laura A. Lanzilotta,    37 Woodyfield Lane,   Riverside, NJ 08075-1845
515497316      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
               (address filed with court:   Nissan Motor Acceptance,   8900 Freeport Pkwy,   Irving, TX 75063)
515497314       Navient,   3000 Continental Drive,   Newark, DE 19713-4322
515497315      +Nissan Motor Acceptance,    PO Box 660360,   Dallas, TX 75266-0360
515503316       Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
515497318      +Regions Bank,    c/o Ragan & Ragan, Counselors at Law,   3100 Route 138 West,
                 Brinley Plaza Bldg. One,   Belmar, NJ 07719-9020
515497320       Specialized Loan Services,    8742 Lucent Blvd Suite 300,   Littleton, CO 80129-2386
515497322      +Wells Fargo,    P.O. Box 10335,   Des Moines, IA 50306-0335
515497323      +Wells Fargo Bank,    P.O. Box 3117,   Winston Salem, NC 27102-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 04 2020 22:52:21     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2020 22:52:19     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515519413      +E-mail/Text: DSLBKYPRO@discover.com May 04 2020 22:52:36     Discover Student Loans,
                 PO BOX 30925,   Salt Lake City, UT 84130-0925
515497312       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 04 2020 22:51:57     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
515497310       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 04 2020 22:48:26     Chase,
                 P.O. Box 24696,   Columbus, OH 43224
515701961       E-mail/Text: newbk@Regions.com May 04 2020 22:52:28     REGIONS BANK,   P O BOX 10063,
                 BIRMINGHAM, AL   35202-0063
515497317      +E-mail/Text: newbk@Regions.com May 04 2020 22:52:28     Region/AMS,   P.O. Box 11007,
                 Birmingham, AL 35288-0001
515497319      +E-mail/Text: DSLBKYPRO@discover.com May 04 2020 22:52:36     SLC Student Loan Trust,
                 PO Box 30948,   Salt Lake City, UT 84130-0948
515497321       E-mail/Text: bankruptcy@td.com May 04 2020 22:52:22     TD Bank,   Operations Center,
                 PO Box 219,   Lewiston, ME 04243
515584401       E-mail/Text: bankruptcy@td.com May 04 2020 22:52:22     TD Bank N.A.,   Attn: Bankruptcy Dept.,
                 ME2-002-035,   P.O. Box 9547,   Portland, ME 04112-9547
517568242       E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org May 04 2020 22:51:12
                 United Student Aid Funds, Inc. (USAF),   PO Box 8961,   Madison WI  53708-8961
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 04, 2020
                              Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2020 at the address(es) listed below:
          Andrew B. Finberg    on behalf of Debtor Michael K. Lanzilotta andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    E*Trade Bank kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
                                                                                            TOTAL: 5
```