**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael K. Lanzilotta<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0956<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–18569–JNP | |

# Order of Discharge                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael K. Lanzilotta

11/13/20                                     **By the court:** Jerrold N. Poslusny Jr.
                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-18569-JNP
Michael K. Lanzilotta                                                                     Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                                   Page 1 of 2
Date Rcvd: Nov 13, 2020                      Form ID: 3180W                                Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael K. Lanzilotta, 37 Woodyfield Lane, Delran, NJ 08075-1845 |
| 515497307 | | AES/US Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 515573553 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions Inc. on behalf of USAF, Attn: Bankruptcy Litigation Unit E3149, P.O. Box 9430, Wilkes-Barre, PA 18773-9430 |
| 515546043 | + | Acapita Education Finance Corporation, Brazos Higher Education Service Corp., 2600 Washington Ave, Waco, TX 76710-7449 |
| 515497308 | + | Affordable Management & Consulting, Inc., c/o Francine Clair Landau, Esquire, 3740 Beach Blvd., Suite 307-B, Jacksonville, FL 32207-3819 |
| 516949596 | + | CitiBank, NA c/o Firstmark Services, PO Box 82522, Lincoln, NE 68501-2522 |
| 515497311 | + | Citibank NA/Student Loan, 701 E. 60th Street N, Sioux Falls, SD 57104-0493 |
| 515650282 | + | ETrade Bank, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 515497313 | + | Laura A. Lanzilotta, 37 Woodyfield Lane, Riverside, NJ 08075-1845 |
| 515497316 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Acceptance, 8900 Freeport Pkwy, Irving, TX 75063 |
| 515497314 | | Navient, 3000 Continental Drive, Newark, DE 19713-4322 |
| 515497315 | + | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 515503316 | | Nissan Motor Acceptance Corporation, PO Box 660366 Dallas TX 75266-0366 |
| 515497318 | + | Regions Bank, c/o Ragan & Ragan, Counselors at Law, 3100 Route 138 West, Brinley Plaza Bldg. One, Belmar, NJ 07719-9020 |
| 515497320 | | Specialized Loan Services, 8742 Lucent Blvd Suite 300, Littleton, CO 80129-2386 |
| 515497323 | + | Wells Fargo Bank, P.O. Box 3117, Winston Salem, NC 27102-3117 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2020 23:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2020 23:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515497309 | + | EDI: AMEREXPR.COM | Nov 14 2020 02:33:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 515692700 | | EDI: BECKLEE.COM | Nov 14 2020 02:33:00 | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515510147 | + | EDI: CITICORP.COM | Nov 14 2020 02:33:00 | Citibank N.A., c/o Citibank (South Dakota), N.A., ATTN: Claims Dept. MC 2235, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 515519413 | + | EDI: DISCOVERSL.COM | Nov 14 2020 02:33:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 515497312 | | EDI: IRS.COM | Nov 14 2020 02:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 515497310 | | EDI: JPMORGANCHASE | Nov 14 2020 02:33:00 | Chase, P.O. Box 24696, Columbus, OH 43224 |
| 515701961 | | Email/Text: newbk@Regions.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 13 2020 23:15:00 | REGIONS BANK, P O BOX 10063, BIRMINGHAM, AL 35202-0063 |
| 515497317 | + | Email/Text: newbk@Regions.com | Nov 13 2020 23:15:00 | Region/AMS, P.O. Box 11007, Birmingham, AL 35288-0001 |
| 515497319 | + | EDI: DISCOVERSL.COM | Nov 14 2020 02:33:00 | SLC Student Loan Trust, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 515497321 | | EDI: TDBANKNORTH.COM | Nov 14 2020 02:33:00 | TD Bank, Operations Center, PO Box 219, Lewiston, ME 04243 |
| 515584401 | | EDI: TDBANKNORTH.COM | Nov 14 2020 02:33:00 | TD Bank N.A., Attn: Bankruptcy Dept., ME2-002-035, P.O. Box 9547, Portland, ME 04112-9547 |
| 517568242 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 13 2020 23:12:00 | United Student Aid Funds, Inc. (USAF), PO Box 8961, Madison WI 53708-8961 |
| 515497322 | + | EDI: WFFC.COM | Nov 14 2020 02:33:00 | Wells Fargo, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Debtor Michael K. Lanzilotta andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor E*Trade Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor E*Trade Bank kmcdonald@blankrome.com bkgroup@kmllawgroup.com |

TOTAL: 5